**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 18-cv-06989 |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| DINEAMIC STEAK, LLC d/b/a PRIME & | ) | |
| PROVISIONS, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN, by his attorney, Marshall J. Burt, and Defendant,

DINEAMIC STEAK, LLC d/b/a PRIME & PROVISIONS, by its attorney, Sukrat A. Baber,

hereby stipulate to the dismissal with prejudice of this action pursuant to Fed. R. Civ. P.

41(a)(l)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: February 1, 2019


Respectfully submitted:


*s/Marshall J. Burt*                                *s/ Sukrat Baber*
Attorney for Plaintiff                              Attorney for Defendant
Marshall J. Burt                                    Sukrat Baber
The Burt Law Group, Ltd.                            Kristine S. Phillips
77 W. Washington, Ste. 1300                         O'HAGAN MEYER LLC
Chicago, IL 60602                                   One E. Wacker Dr., Suite 3400
PH: (312) 419-1999                                  Chicago, Illinois 60601
marshall@mjburtlaw.com                              Telephone: 312.422.6100
                                                    Facsimile: 312.422.6110
                                                    kphillips@ohaganmeyer.com
                                                    sbaber@ohaganmeyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**<u>Attorney for Plaintiff</u>**
Marshall J. Burt
The Burt Law Group, Ltd.
77 W. Washington, Ste. 1300
Chicago, IL 60602
PH:  (312) 419-1999
marshall@mjburtlaw.com

/s/ Sukrat A. Baber
Kristine S. Phillips
Sukrat A. Baber
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone:  312.422.6100
Facsimile:   312.422.6110
kphillips@ohaganmeyer.com
sbaber@ohaganmeyer.com

2